**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

BJ's Wholesale Club Inc.
                            Plaintiff,

v.                                              Case No.: 1:18–cv–05877
                                                             Honorable Thomas M. Durkin

Tyson Foods Inc, et al.
                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 10, 2020:

      MINUTE entry before the Honorable Thomas M. Durkin:For internal administrative purposes only the cases related to 16 C 8637 are being reopened. The parties should not file any documents in the related cases. All documents relevant to In re Broiler Chicken Antitrust Litigation should continue to be filed in case number 16 C 8637 only. Case reopened.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.